Case 8:12-cr-00324-JSM-AEP   Document 116   Filed 06/10/25   Page 1 of 1 PageID 508

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DONTA ANTWAN HAYNES<br><br>Date of Original Judgment: 05/14/2013<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 8:12-cr-324-JSM-AEP<br>) USM No: 57006-018<br>)<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is ineligible for a sentence reduction pursuant to Amendment No. 821 under U.S.S.G. § 4C1.1 - Zero Criminal History Points when the sentence was imposed. At sentencing, Defendant's total criminal history score was five which established a criminal history category of III. Additionally, he defendant does not meet the criteria at: §4C1.1(a)(7) – Possess, receive, purchase, transport, transfer, sell, or dispose of firearm or dangerous weapon in connection with the offense, as Defendant was sentenced to Possession of a Firearm in Furtherance of a Drug Conspiracy in violation of 18U.S.C. § 924(c)(1)(A).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/10/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*